IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00447-JLK-MEH

DISH NETWORK CORPORATION, and
DISH NETWORK LLC,

      Plaintiffs,

v.

ARCH SPECIALTY INSURANCE COMPANY,
ARROWOOD INDEMNITY COMPANY,
TRAVELERS INDEMNITY COMPANY OF ILLINOIS, and
XL INSURANCE AMERICA, INC., and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 30, 2009.**

      Defendant XL Insurance America, Inc.'s Unopposed Motion to Amend Answer [filed September 29, 2009; docket #58] is **granted**. The Court accepts and enters the proposed Defendant XL Insurance America, Inc.'s Answer to Amended Complaint and Jury Demand filed at docket #59.