IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-00447-JLK-MEH | Date:   November 10, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| DISH NETWORK CORPORATION and<br>DISH NETWORK L.L.C., | Lee M. Epstein (by phone) |
| Plaintiffs, | |
| vs. | |
| ARCH SPECIALTY INSURANCE COMPANY,<br>ARROWOOD INDEMNITY COMPANY, | Robert Zavaglia, Jr.<br>Laurence McHeffey<br>Todd Jaworsky |
| TRAVELERS INDEMNITY COMPANY OF ILLINOIS,<br>XL INSURANCE AMERICA, INC., and<br>NATIONAL UNION FIRE INSURANCE COMPANY<br>OF PITTSBURGH, PA, | Kevin Amatuzio<br>George McCall<br>Richard Nicolaides, Jr. |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTIONS HEARING**

**Court in session:**     11:03 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Plaintiffs' Combined Motion and Memorandum to Compel Discovery from All Defendants and for Attorney Fees and Costs (Doc. #67, filed 10/27/09); Defendant Arrowood Indemnity Company's Motion for Protective Order Regarding Fed.R.Civ.P. 30(b)(6) [Doc. #70, filed 10/27/09]; and Defendant Travelers Property Casualty Company of America, Formerly Known As Travelers Indemnity Company of Illinois', Motion for Protective Order (Doc. #76, filed 11/3/09).

The Court takes the motions under advisement.

**Court in recess:**       12:38 p.m.   (Hearing continued/concluded)
**Total time in court:**  1:35