IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-00447-JLK**

**DISH NETWORK CORPORATION and
DISH NETWORK LLC,**

Plaintiffs,

v.

**ARCH SPECIALTY INSURANCE COMPANY;
ARROWOOD INDEMNITY COMPANY;
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA;
TRAVELERS INDEMNITY COMPANY OF ILLINOIS; and
XL INSURANCE AMERICA, INC.,**

Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendants' Joint Unopposed Motion for Leave to Respond to "Notice of Supplemental Authority" (doc. #126), filed April 14, 2010, is **GRANTED**.

Dated: April 15, 2010