UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-00447-JLK**

**DISH NETWORK CORPORATION, and**
**DISH NETWORK LLC,**
    Plaintiffs,
v.

**ARCH SPECIALTY INSURANCE COMPANY,**
**ARROWOOD INDEMNITY COMPANY,**
**TRAVELERS INDEMNITY COMPANY OF ILLINOIS,**
**XL INSURANCE AMERICA, INC., and**
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,**
    Defendants.

ORDER

Kane, J.

This matter is currently before me on Defendant Arrowood Indemnity Company's Motion to Compel Responses to Discovery Requests (doc. 163). Finding the arguments contained therein persuasive, and in the absence of any response by Plaintiffs', that motion is GRANTED. In light of the delay occasioned by Plaintiffs' refusal to cooperate with Defendant Arrowood's discovery requests, the deadlines in this case are modified as follows:

    Discovery Cut-Off:              August 17, 2012
    Dispositive Motion Deadline:    September 14, 2012

Dated: August 6, 2012                   BY THE COURT:
                                        **/s/ John L. Kane**
                                        Senior U.S. District Court Judge

1