IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 09-cv-00447-JLK

DISH NETWORK CORPORATION, and
DISH NETWORK LLC,

    Plaintiffs,

v.

ARCH SPECIALTY INSURANCE COMPANY,
ARROWOOD INDEMNITY COMPANY,
TRAVELERS INDEMNITY COMPANY OF ILLINOIS,
XL INSURANCE AMERICA, INC., and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with the Memorandum Order And Opinion On Remand (Docket No. 190) entered by Judge John L. Kane on October 22, 2013, incorporated herein by reference, it is

ORDERED that Defendant Travelers' Motion For Summary Judgment (Broadcasting Exclusion) [Doc. No. 166] is GRANTED.  It is

FURTHER ORDERED that National Union Fire Insurance Company Of Pittsburgh, PA.'S Combined Motion And Memorandum In Support Of Its Supplemental Motion For Summary Judgment [Doc. No. 167] is GRANTED.  It is

FURTHER ORDERED that Defendant Arrowood Indemnity Company's Combined Motion And Brief In Support Of Motion For Summary Judgment As To The

Dish Plaintiffs' Broadcasting And Telecasting Exclusion [Doc. No. 168] is GRANTED. It is

FURTHER ORDERED that Defendant Arch's Second Motino For Summary Judgment And Memorandum In Support [Doc. No. 170] is GRANTED. It is

FURTHER ORDERED that Defendant XL Insurance America, Inc.'s Combined Motion And Brief In Support Of Its Motion For Summary Judgment [Doc. No. 171] is GRANTED. It is

FURTHER ORDERED that Combined Motion And Memorandum Of Plaintiffs Dish Network Corporation And Dish Network L.L.C. In Support Of Their Motion For Partial Summary Judgment [Doc. No. 169] is DENIED. It is

FURTHER ORDERED that this civil action is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall bear its own costs.

Dated at Denver, Colorado, this __28th__ day of October, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   _s/Bernique Abiakam_____
        Bernique Abiakam, Deputy Clerk